## Case No. 7,402.

JOHNSON v. OWENS.

[2 Cranch, C. C. 160.] [1]

Circuit Court, District of Columbia. Dec. Term, 1818.

Mr. Key, for defendant,

THE COURT (nem. con.) said it was to be considered as one act; the distress was in fact made on the 19th, the last day of the term, which was too soon.

[1] [Reported by Hon. William Cranch, Chief Judge.]